**97–442.   State ex rel. Brown v. Brogan.**

In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–452.   State ex rel. Worlds v. Cissell.**

In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–487.   State ex rel. Enoch v. Ohio Adult Parole Auth.**

In Mandamus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.